Return

AO 93
Rev 6/82

# SEARCH WARRANT ON WRITTEN AFFIDAVIT

| **United States District Court** | DISTRICT<br>**WESTERN DISTRICT OF WISCONSIN** SEALED |
|---|---|
| United States of America<br><br>v.<br><br>The Office of Manson Insurance Located at 327 North 17th Avenue, Wausau, Wisconsin 54401, and a Storage Facility in the Basement of the Building Located at 327 North 17th Avenue, Wausau, Wisconsin, Further Described in Attachment A. | DOCKET NO.     MAGISTRATE JUDGE CASE NO.<br>                                  Sealed<br>                                  10-MJ-90<br><br>TO:<br>ANY AUTHORIZED<br>LAW ENFORCEMENT OFFICER |

Affidavit(s) having been made before me by the below-named affiant that he/she has reason to believe that [ ] on the person of (or) [X] on the premises known as:

**SEE ATTACHMENT A**

in the Western District of Wisconsin, there is now being concealed certain property, namely:

**SEE ATTACHMENT B and B(1)**

and as I am satisfied that there is probable cause to believe that the property so described is being concealed on the person or premises above-described and the grounds for application for issuance of the search warrant exist as stated in the supporting affidavit(s).

YOU ARE HEREBY COMMANDED to search on or before _JUNE 14, 2010_ (not to exceed 14 days) the person or place named above for the property specified, serving this warrant and making the search (in the daytime--6:00 a.m. to 10:00 p.m.) ~~or (at anytime in the day or night)~~ and if the property be found there to seize it, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to Magistrate Judge Stephen L. Crocker as required by law.

| NAME OF AFFIANT<br><br>TED T. BANHOLZER<br>Special Agent<br>Federal Bureau of Investigation | SIGNATURE OF MAGISTRATE JUDGE<br><br>[signature] | Date/Time Issued<br><br>6-7-10<br>10:15 AM |
|---|---|---|

# RETURN

| Date Warrant Received | Date and Time Warrant Executed | Copy of Warrant and Receipt for Items Left with |
|---|---|---|
| 6/7/2010 | 6/10/2010 | MATTHEW ZIEMKE |

Inventory Made in the Presence of:

Inventory of Property Taken Pursuant to the Warrant: SEE ATTACHED INVENTORY

## CERTIFICATION

I swear that this inventory is a true and detailed account of all the property taken by me on the warrant.

*Ted J Bailey*

Subscribed, sworn to, and returned before me this date.

_____  6-15-10
Magistrate Judge Stephen L. Crocker    Date

ATTACHMENT A

DESCRIPTION OF LOCATIONS TO BE SEARCHED

The premises to be searched: The offices of Manson Insurance located in the River Valley Bank building at 327 North 17th Avenue, Wausau, Wisconsin, 54401, and a storage facility in the basement of the building located at 327 North 17th Avenue, Wausau, Wisconsin, both of which are more particularly described as follows:

(1)     Manson Insurance Office:

The River Valley Bank building is located on a hill at the highest point of the east side of 17th Avenue. The main entrance to the building faces 17th Avenue. The building has four floors with lowest floor referred to as the basement, which is exposed on the north side and set into the hill on the south side. The main entrance has two large brown fieldstone pillars and provides entry to a first floor lobby. The building is constructed of primarily brown stone and tinted glass and has a metal tan roof. Brown brick covers the ground level at the rear of the building, and the basement level on the exposed north side and basement entrance on the west side of the building. The building is known to contain at least three businesses, River Valley Bank, Manson Insurance, and the Sport and Spine Clinic. Left of the main entrance on the front of the building, in large white letters, is the name Manson Insurance. Right of the main entrance on the front of the building in large white letters is the name River Valley, with the word, Bank, wrapping around to the south side of the building. Once in the first floor lobby entry, glass doors to the right have the lettering, River Valley Bank and these doors allow public entry into River Valley Bank. A glass door straight ahead has the white lettering Manson Insurance and this door allows public entry into Manson Insurance. The building lobby entry area also contains the elevator access for the building as well as a door for stairwell access for the building and is located on the left side of the building lobby area.

(2)     Manson Insurance Basement Storage Facility:

Entry to the basement can be made by the elevator or stairwell from the first floor lobby, or direct entry from exterior doors located below the first floor main entrance on the northwest exposed side of the basement by the elevator and stairwell. Once in the basement by the elevator, stairwell, and exterior entryway doors, there is a hallway which runs east-west and then turns to the left in a northerly direction. Near the basement exterior entryway, stairwell, and across from the elevator shaft is an interior door allowing public entry into the Sport and Spine Clinic offices. Facing down the east-west hallway, to the right and past the Sport and Spine Clinic offices, is a room identified as the River Valley Bank Lounge This lounge is on the opposite side of the hallway as the Sport and Spine Clinic offices. Continuing down the hallway, and at the point where the hallway turns to the left, is a room identified as the River Valley Bank Training Room. After making the left at the training room and proceeding down the second hallway a first wooden door is located on the right side of the hall. After entry inside this wooden door, which has no identifying lettering or numbering, there is a short internal hallway which contains three additional doors. None of these doors have any identifying lettering or numbering. However, two of these doors are metal and painted a light color. The first metal door is located to the right side as you enter the short internal hallway. A second metal door is located straight ahead at the end of the short internal hallway. The third door on the left side of the short internal hallway is unique in that it is a locked wooden door. Beyond this wooden door is the Manson Insurance basement storage facility which is along with the Manson Insurance office the subject of this search warrant.

ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEIZED:

Documents created or retained from 01/01/1995 to the present, namely:

1. Copies of all customer records and files in whatever form relating in anyway to past and present clients of Manson Insurance identified on Attachment B(1) which is attached to and made a part of Attachment B describing the items to be seized.

2. Copies of all credit card records including monthly statements for Manson Insurance corporate credit cards issued to David R. Scholfield and Timothy I. Mathwich and any documents reflecting expenditures of Manson Insurance funds for the personal benefit of Scholfield, Mathwich or their family members.

3. Copies of all business records identifying insurance companies for whom Manson Insurance sold policies to Manson Insurance customers.

4. Copies of all Manson Insurance business records which reflect the receipt of customer credits from insurance companies and records which trace the docketing and disbursal of those credits in Manson Insurance company records.

5. All of the above-listed evidence which has been stored in the form of magnetic or electronic media, including but not limited to:

    a. network drives, hard drives, tape drives, zip drives, optical drives, Dat. Drives, jazz drives, disk drives, card drives, CD-Rom drives, DVD drives; and

    b. floppy disks, data tapes, data cartridges, magnetic tape, compact tape, optical disks, CD-Rom disks, DVD disks, jazz disks, zip disks.

6. All electronic devices capable of storing, analyzing, creating, displaying, converting or transmitting the electronic or magnetic media described in paragraphs 1 through 4, including but not limited to: computers, computer hardware, computer components, computer peripherals, word processing equipment, modems, monitors, printers, plotters, encryption circuit boards, optical scanners, external drives, and all written, published or printed materials which provide instructions concerning the operation of the above-listed computer equipment and software.

7. All instructions or programs stored in the form of electronic or magnetic media which are capable of being interpreted by a computer, including but not limited to: operating systems, application software, computer passwords and data security devises, and software used to communicate with the equipment described in paragraphs 5 and 6 of this attachment.

8.  The government will attempt to retrieve and copy all data from computers found at the location to be searched without physically removing said computers. If occupants of the premises are unwilling to cooperate with the agents regarding the operation of an on-site computer system, and/or it appears that there are data security devices involved, or the computer system utilizes unusual or proprietary equipment, the computer system may be seized, along with the proprietary equipment. If the agent determines that the volume of material found on the premises is voluminous in size, and/or for any technical reason the agents on the scene cannot search for or image/copy the information found on the premises, the computer system and media may be seized. The government will return them within a reasonable time when they are no longer necessary to retrieve and preserve the data evidence.

9.  The "records" includes all of the foregoing items of evidence in whatever form and by whatever means such records, their drafts, or their modifications may have been created or stored, including any handmade form (such as writing or drawing); any photographic form (such as digital cameras, film, prints, slides, negatives, videotapes, motion pictures, and photocopies); any mechanical form (such as printing, or typing); any electrical, electronic, or magnetic form (such as tape recording or any information on an electrical or magnetic device, such as computers, compact discs, cellular telephones and personal digital assistants, diskettes, hard drives, USB devices, or backup tapes, as well as printouts or readouts from any such device).

(All of the above being evidence of violations of Title 18 U.S.C. §§ 1033; 1341; and 1344).

ATTACHMENT B(1)

| CUSTOMER NAME | CUSTOMER NAME |
|---|---|
| 17th Avenue Developers LLC | Bullshooters Saloon Inc |
| 3300 Westhill LLC | Bumper To Bumper |
| A. Woodson Hagge | Burton Industries |
| A1 Medi-Mobile | Brutch's Auto Repair |
| Abby Vans Inc | C M Christiansen Company |
| Advanced Barrier Extrusions | Camp Five Museum |
| AH Machine | Camp Manito-Wish YMCA Inc |
| Alderson Acres, LLC | Camp Nicolet Inc |
| Alexander Gillett | Cardiovascular Assoc of No |
| Alexander Properties Inc | Central Beer Distributors |
| Ali Manesh | Central WI Anesthesiology |
| Alice Margaret Woodson Smi | Central WI OB-GYN |
| Allied Health of Wisconsin | Central Wisconsin Engineer |
| American Society for Laser | Central Wisconsin Recyclin |
| Anderson Engineering Inc | Central Wisconsin Wireless |
| Antoinette Schmitt | Chanticleer Inn |
| Aqua Finance Inc | Charles M. Peth II |
| Arbor Vitae Estates & Arbo | Cheeseboard of Wisconsin |
| Arbor Vitae Marine Inc | Chef Shop, Inc |
| Arnott Trucking, Inc | Cheryl's Framing & Galler |
| AROW Global, Inc | Chris Dobrinski Appraisals |
| Aspirus Inc | Christian Family Practice |
| Associates in Pathology SC | Christian Hour, Inc |
| Award Hardwood Floors LLP | City Delivery Service LLC |
| Back When Café | Clarence Miklas |
| Bald Eagle Shores | Clartech |
| Becher-Hoppe Associates Inc | Claude Bourguignon |
| Bennett Crone LLC | Coach's Sports, LLC |
| Bennett Hardwoods Inc | Comfort Carriers Inc |
| Bernard H Levine | Community Foundation of |
| Black River Valley Pub & G | Corullo Forest Products Co |
| Blood Center of NC WI Inc | Crooks Low & Connell SC |
| Bone & Joint Clinic SC | C-Tech |
| Booth Creek Management | D & L Signs, Inc. |
| Bosacli's Rentals | D & S Construction and |
| Brakebush Brothers Inc | Dale & Paulette Imhoff |
| Brandenburg Plumbing & | DanRick Builders, Inc & |
| Bridge Street Company Inc | Dan's Minocqua Fudge |
| Bridging the Gap Child Car | Dave's Equipment Inc |
| Brokaw Corn Drying & Stg I | David W Graebel |

| CUSTOMER NAME | CUSTOMER NAME |
|---|---|
| David W Graebel Family Tru | George Gillett III & |
| David Wallach | Gerald France Plumbing & |
| DeByle Commercial Venture | Girl Scouts of Birch Trail |
| Design Works | Good News Project Inc |
| DJ/MC Freeman Revocable Tr | Grand Theatre Foundation |
| Doctor's Park | Grant Smart Co |
| Doescher Electric LLC | Green Acres Mobile home pa |
| Dollar Lake Estates Management | Green Bay Crane Service |
| Don Scharf Automotive Inc | Greenheck Law Firm |
| Donald F. Prehn | Greenwood Hills Inc |
| Donna P. Popov | Greg Cyra, DDS |
| Douglas and Dixie Weinkauf | Group Concepts Inc |
| Dr Peter Koh & | Guest Family Revocable Liv |
| Dr. Frederick C Prehn | Handi Van of Tomawauk LLC |
| Draeger Chiropractic of We | Hans Schlatter, Duffy Asso |
| Drengler Law Firm | Hardwoods Corp/Risk Management |
| Dudley Tower Management LL | Harry Baker |
| Eagle Fuel Cells ETC Inc | Helke Furniture Co Inc |
| Eagle Sports Inc | Heritage Acres Inc |
| Ear Nose and Throat Assoc | Heritage Hunt Club |
| Easy Living Management Inc | Hilgys LP Gas, Inc |
| Eau Claire Baseball LLC | Hi-Tech Finishes |
| Edward J & Catherine Delli | Holly Lutz |
| Eiden Custom Carpentry | Houghton Wood Products Inc |
| Elder Beverage Company | HPI Properties LLC |
| Evolutions in Design LLC | HT Glass & Mirror Co Inc |
| Eye Clinic of Wisconsin SC | Indianhead Golf Course, In |
| Family Partners LLP | Industrial Packaging Corp |
| Flooring Spectrum, LLC | Industrial Service & Machi |
| Foster L Gillett | Inner Piece LLC |
| Frank & Vivian Ory | Inshalla Country Club, Inc |
| Fred & Eva Maria Hairrell | Integrity Fire Protection |
| Freeman Family Ltd Partner | Interim home Healthcare In |
| Frontier Adjusters | Irma Northwoods Inc |
| Frontier Builders Inc | Ironwood Medical |
| G & B Produce Inc | Island City Dray Inc |
| G.Z. Designs, Inc | J & P Consultants |
| Gaffney Constructions Inc | J & R Parts Inc |
| Gaffney Constructions LLC | J.W. Perry Inc |
| Gastrointestinal Assoc SC | J Bauer Trucking Inc |
| GB Vending Services of | J Tyler Bennett |
| Genrich Plumbing & Heating | J W LaFrenier Sons, Inc |

| CUSTOMER NAME | CUSTOMER NAME |
|---|---|
| James E & Sharon A Low | Laundries Inc |
| James Gierl | Law Office of Christine Br |
| James Kraimer Contractor I | Lawrence & Kathy Riordan |
| James Krueger | Lawson Law Office |
| James W Greer III & | Leck Construction Inc |
| Jarp Industries Inc | Leon Oselka DDS |
| Jerome A. Maeder SC and | Lloyd Trucking, Inc |
| Jim Carter Chevrolet Inc | Lofty Pines, Inc |
| Joe Bucher TV Productions | Loonland & Twisted Root Em |
| Joe Dirt Excavating, LLC | M.A. Heesakker Builders |
| JoEllen A Hagge | Mac's Electric, Inc. |
| John Alward Jr | Madison Mallards LLC |
| John E Forester | Madsen Empy Post 89 |
| John Ohrmundt Construction | Malbrit Mechanical Inc |
| John Ohrmundt Wausau LLP | Mallery and Zimmerman SC |
| John V. Flannery Jr | Mara Tech International Ltd |
| Johnson Properties | Marathon Area Swim Assoc |
| K&M Electric of Schofield | Marathon Co Historical Soc |
| Karoblis & Petersen | Marathon Electric Mfg |
| Kevin E Wolf | Marathon Savings Bank |
| Kevin L. & Lisa Tadych | Margaret Weinkauf |
| Kinsman Development Co LLP | Marie Goldbach |
| Knightsbridge | Marlenga's Glass on Wheels |
| Kocourek Chevrolet Inc | Marti June Properties LLC |
| Kocourek Ford | Marvin J Hahn |
| Kocourek Wausau Imports In | Mary D Staples |
| Kolbe & Kolbe Millwork Co | Mary E Daniels |
| Kountry Kafe | Mary G Hallagher |
| Kralls Masonry Contractors | McLeod Law Office |
| L & S Printing of Central | Mechanical Incorporated |
| L Jay, Inc | Metro Fire Protection |
| Lac du Flambeau Chippewa | Metro Mobility, LLC |
| Lakeland Land Company Inc | Meyers Marine LLC |
| Lakeland Printing Company | Michael J Benda |
| Lakeside Dock and Lift Sal | Midwest Communications Inc |
| Land Art Inc & Wausau Fen | Mike Krueger Plumbing, LLC |
| Land O Lakes Vending | Minocqua Country Club |
| Lang Well Drilling Co | Montgomery Plant Post #10 |
| Lapaul Furs Inc | Mosinee Auto Recyclers & S |
| LaPorte Family Trust | Mraz Vending, Inc |
| Larry Meyer Construction | Mylrea Condominium Associa |
| Laufenberg Law Offices | Myre Electric, Inc |

| CUSTOMER NAME | CUSTOMER NAME |
| --- | --- |
| Nancy Orr | Pro Landscaping Service |
| Neil Halleen | Rainbo Lodge Inc |
| Neurosurgical Clinic of | Ralph & Cecelia Sanders |
| New Tom Sno Fleas | Raymond J Szmanda DO SC |
| Nicolet Hardwoods Corp | Raymond Mosko |
| No Central Oncology Assoc | Realawtry, A Partnership |
| Nordstrom Rental Propertie | Red Pine Camp Foundation I |
| Norrok Aggregate Inc | Remington Oil Co Inc |
| North American Propeller | Resilient Technologies LLC |
| North Central Data Systems | REW Inc, dba |
| North Central Wisconsin | Rhinelander Property LLC |
| Northcentral Technical College | Rib Mountain Communications |
| Northeast Iowa Community | Rib Mountain Golf & |
| Northern Advertising inc | Richard & Diane Buechel |
| Northern Chief Iron Co | Richard D. Dudley |
| Nortern Outfitters | Riiser Oil Co Inc Etal |
| Northern Technical Service | Rillings |
| Northern Waste, Inc | River Valley Air LLC |
| Northern Wisconsin Bone an | River Valley Bank |
| Northern Wisconsin Resourc | River View Construction, I |
| Northway Air, LLC | Riverside Finance Corp |
| Northway Communications Inc | RME Inc |
| Northwestern WI Associates | Robert D. Zitowski |
| Northwoods Fam Orthopaedic | Robert J Cosentino DDS SC |
| Northwoods League Inc | Robert Payne Photography |
| O'Malley Olds & Cadillac I | Rocky Mountain |
| Packer Mini Storage | Rocky Run Construction |
| Palubicki Electric LLC | Roland R Hodge Excavating |
| Paul T Shore DDS | Ruder Ware, L.L.S.C. |
| Peck's Golf Course Inc | S W Drews Trucking Inc |
| Petersen Companies Inc | San W & Joanne Orr |
| Petersen Tree Service | Sandberg Auto Repair |
| Peterson Company | Sara W Connor |
| Pietz, Vanderwaal, Stacker | Scandinavian Log & Timber |
| Pine River Hardwoods, LLC | Scenic Signs & Screen Prin |
| Pine Valley Golf Course | Schmidt & Schmidt SC |
| Piper Products Inc | Schuff Veterinary Hospital |
| Plum Lake Golf Club | Scott & Julie Weldon |
| Point O'Pines Real Estate | Scott & Marcia's |
| Popov's Inc | Scott & Mary Kay Streich |
| Precision Fabricating, LLC | Scott Williams Appraisal |
| | Scott's Enterprises Ringle |

| CUSTOMER NAME | CUSTOMER NAME |
|---|---|
| Sedlak Chevrolet Buick Pon | Wausau Area Mobile Meals I |
| Shepherd & Schaller Sporti | Wausau Area Performing Art |
| Sherri L. Weldon | Wausau Catering, Inc. Corp |
| Simons Construction Inc | Wausau Coated Products |
| Snow Country Hardwoods Inc | Wausau Conservatory of Mus |
| St Clairs Menswear | Wausau Financial Systems I |
| St. Germain Sport Marine LLC | Wausau Hair Center |
| Steigerwaldt Land Services | Wausau Imports Inc |
| Stephen & Brenda Herman | Wausau Medical Center SC |
| Stephen C. Spire | Wausau Paper |
| Stone's Building Center, I | Wausau Steel Corp |
| Streich Equipment Co Inc | Wausau Tile Inc, Wausau Tra |
| Su Casa of Weston LLC | WI Emergency Medical Servi |
| Surroundings, LLC | Wildlife for Tomorrow, Inc |
| Susan McDonell | Will Heating & Cooling Inc. |
| Taylor Insulation Company | William D & Nancy D Siebec |
| The Boarding House Restaur | William M. Reif |
| The Boiler Group, Inc | William Northcott |
| The Leigh Yawkey Woodson | Winterhoff Enterprises, In |
| The Wheelchair Specialists | Wipfli LLP |
| Thomas C. Lattimer | Wis Valley Health Network |
| Thomas F. Kassien | Wisconsin Land Grading Inc |
| Tim & Margaret Opper | Wynn O Jones & Associates |
| Timothy McAvoy MD SC | Yach's Body & Custom Inc |
| Tom and Barbara Lattimer | YWCA of Wausau |
| Top Hat Inc ETAL | Zalewski, Klinner & Kramer |
| Trapp Brothers Inc | Zientara Truck & Trailer I |
| Trees for Tomorrow Inc | Zillman's Meats Inc |
| Tropical Gardens Inc | |
| Trustor Coatings LLP | |
| Tuchscherer Eckert & | |
| Twilight Limousine Service | |
| United Structures Inc | |
| Urology Specialists of WI | |
| Virtual Vision Computing C | |
| WD LLC | |
| WD Aviation LLC | |
| W.J. Higgins & Associates | |
| Wagon Wheel Supper Club In | |
| Walt's Petroleum Service I | |
| Wash-N-Well Laundromat | |
| Wausau Area Hmong Assc | |

FD-597 (Rev 8-11-94)                                                                                           Page 1 of 8

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File # 29O-MW-46442

On (date)   06/10/2010

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)              Manson Insurance- Matthew P. Ziemke
(Street Address)    327 North 17th Ave. Suite 101 PO Box 1907
(City)              Wausau, WI. 54402

Description of Item(s):

| |
|---|
| Files 17th Ave Developers; 3300 Westhill LLC; A.Woodson Hagge; A1 Medi-Mobile; Advanced Barrier Extrusions; Alderson Aacers; Alexander Gillet; Alexander Properties; Alice Margaret Woodson Woodson; Allied Health of Wisconsin; American Society for Laser; |
| Anderson Engineering Inc; Aqua Finance Inc; Arbor Vitae Marine Inc; Arnott Trucking inc; AROW Global Inc; Aspirus Inc; |
| Associates in Pathology SC; Award Hardwood Floors: Back When Cafe; Becher-Hoppe Associates; Bennett Crone LLC; Bennett Hardwoods Inc; Bernard H Levine; Blood Center of NC WI Inc; Bone & Joint Clinic SC; Booth Creek Management; Bosacli's Rentals; Brakebush |
| Bridge Street Company; Browkaw Corn Drying & Stg; Bullshooters Saloon Inc; Bumper to Bumper; Brutch's Auto Repair; CM Christiansen Co Camp 5 museum; Camp Nicolet Inc; Cardiovascular Assoc; Central Beer Distributors; |
| Zillman's meats; Zientara Truck &Trailer; YWCA of Wausau; Yachs Body & Custom INc; Wis Valley Health Network; Wausau Steel Corp; The Wheelchair Specialists; Wausau Imports Inc; |
| Community Foundation; Corullo Forest Products; Crooks Low & Connell; C-Tech; D&L Signs; D&S Construction; Dale & Paulette Imhoff; DanRick Builders; Dave's Equipment; David W. Graeble; |
| Central WI Anesthesiology; Central WI OB-GYN; Central WI Recyclin; Central WI Wireless; Chanticleer Inn; Charles M. Peth; Cheryl's Framing & Galler; Christian Family Practice; Christian Hour; City Delivery Service; Clartech; Claude Bourguignon; Coach's Sp |
| Binders of Insurance Company providers Agent Licenses and Contacts |
| 3 accounts receivable audit binders |
| Wausau Area Hmong Assoc; Wausau Area Mobile Meals; Wausau Area Performing Art; Wausau Catering Inc; Wausau Coated Products; Wausau Conservatory of Music; Wausau Financial Systems; Wausau Hair Center; Wausau Medical Center SC; WI Land Grading Inc |
| DeByle Commercial Venture; Design Works; DJ/MC Freeman Revocable; Doctors's Park; Doescher Electric; Dollar Lake Estates; Don Scharf Auto Inc; Donald Prehn; Donna Popov; Douglas and Dixie Weinkauf; Dr Peter Koh; Dr. Frederick Prehn; Draeger Chiropractic; |
| Mastor 320 GB, USB HD Serial # 2HASDZ01 |
| Maxtor One Touch 4 USB 1000 GB Serial # 2HA466DQ |

FD-597 (Rev 8-11-94)                                                                                              Page 2 of 8

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL
## BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File # 29O-MW-46442

| |
|---|
| Buffalo Model TS-2.0 TGL/R5 Serial # 45810570302342GF |
| United Structures Inc; Urology Specialists of WI; Virtual Vision Computin; WD LLC; WD Aviation; Wagon Wheel Supper Club; Walts Petroleum; Wash-N-Well Laundromat; 17th Ave Development; Wildlife for Tomorrow; Wipfli LLP; |
| Misc Documents |
| Misc general documents |
| 2008 State Audit paperwork |
| Audit paperwork |
| Documents |
| Documents |
| Payroll Documents |
| Audit 2008 |
| Documents |
| Audit 2008 |
| Payroll Documents |
| Documents |
| Documents |
| Drengler Law Firm; Dudley Tower Management; Eagle Fuel Cells; Ear Nose and Throat Assoc; Easy Living Management; Eau Claire Baseball; Edward J & Catherine Delli; Eiden Custom Carpentry; Elder Beverage co; Evolutions in Design; Eye Clinic of WI SC; |
| Family Partners; Flooring Spectrum; Foster L Gillett; Frank & Vivian Ory; G& B Produce; Gaffney Construction; Gastrointestinal Assoc; GB Vending Services; Genrich Plumbing & Heating George Gillett III; |
| Scott & Marcia's; Scott's Enterprises Ringle; Taylor Insulation Company; Trapp Bro; Trees for Tomorrow; Tropical Gardens Inc; Trustor Coatings; |
| Documents |
| Documents |
| Payroll |
| Associated Bank Records 2008 |
| Documents |
| Documents |
| Aqua Finance Inc |
| Girl Scouts of Birch Trail; Good News Project; Grand Theater Foundation; Grand Smart; Green Ba Crane Service; Greenheck Law; Greenwood Hills' Hans Schlatter,Duffy; Harry Baker; Kelke Furniture Co; Heritage Acres; Heritage Hunt Club |

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File # 29O-MW-46442

| |
|---|
| Precision Fabric LLC; Rainbo Lodge Inc; Rhinelander Property: Ribmountain Communications; RME Inc; Rocky Mountain; Rocky Run Construction; Ruder Ware; Sandberg Auto ; Schmidt &Schmidt; Shepherd & Schaller;Steigerwaldt Land Streich Equipment Co; |
| Aqua Vitae Marine Ince; Arnot Trucking Inc |
| Piper Products; Plum Lake Golf; Point O Pines; Realawtry; Red Pine Camp Foundation; Rib Mountain Golf; River Valley Bank' Riverside Finance Corp; |
| Allied Health of Wisconsin |
| Aspirus Inc; Ali Manesh; Associates in Pathology SC; Award Hardwood Floors |
| WIPFIL LLC |
| Houghton Wood Products Inc; Indianhead Golf; Industrial Service; Inner Piece: Inshalla Country Club; INtegrity Fire Protection; Interim HOme Healthcare; Ironwood Medical J&P Consultants; JW Perry Inc; J Bauer Trucking |
| J Tyler Bennett; James Kraimer Contractor: Kames Krueger: James W GreerIII; Jarp INdustries Inc; Joe Bucher TV Productions; Joe Dirt Excvating LLC; JoEllen  HAgge; John Alward Jr; |
| Brakebush Brothers Inc; Brandenburg Plumbing |
| Wynn O Jones & Assoc; Yach's Body & Custom; YWCA of Wausau; Zalewski, Klinner &Kramer; Zientrara Truck &Trailer; Zillman's Meats |
| Indianhead Golf; Industrial Packaging Corp |
| Award Hardwood Floors; Antoineet Schmitt; American Society for Laser; AH Machine; A. Woodson Hagge 17th Ave Developers; |
| WJ Higgins & Assoc; Wagon Wheel Supper Club; Wash-N-Well Laundromat Wausau area Hmong Wausau Area Mobile Meals; Wausau Area Performing Art; Wausau Catering; Wausau Coated Products; Wausau Conservatory of Music |
| WI Emergency Medical Service; Wildlife for Tomorrow; Will Heating& Cooling Inc; William M. Reif; WI Valley Health Network; WI Land Grading Inc. |
| United Structures; Urology Specialists of WI; Virtual VIsion Computing; WD LLC; WD Aviation LLC |
| The Wheelchair Specialist; Timothy McAvoy MD; Tom And Barbara Lattimer; Trees for Tomorrow; |
| Wausau Financial Systems; Wausau Hair Center; Wausau Imports; Wausau Paper |
| J Bauer Trucking Inc |
| D&L Signs; D&S Construction; DanRick Builders; Dave's Equiptment; David W. Graebel; DeByle Commercial Venture; Design Works; Doctor's Park |
| Stone's Buildig Center; Streich Equpment Co; Su Casa of Weston; Surrondings; Taylor Insulation Co |
| Genrich Plumbing&Heating; George Gillett III; Gerald France Plumbing; Girl Scouts of Birch Trail; Good News Project Inc; Grand Theatre Foundation; Grant Smart Co; GreenBay Crane Service; Greenheck Law Firm |
| Jerome A Maeder; Joe Bucher TV Productions; Joe Dirt Excavating; JoEllen Hagge; Johnson Properties |
| The Boarding House Restaurant; Top Hat Inc; |

UNITED STATES DEPARTMENT OF JUSTICE FEDERAL
BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File # 29O-MW-46442

| |
|---|
| Kocourek Chevorolet Inc; Kocourek Ford; Kocourek Wausau Imports; Kolbe& Kolbe Mill Work Co; L Jay INc; Lakeside Dock and LIft; Land Art Inc & Wausau |
| Rainbo Lodge Inc; Ralph & Cecelia Sanders; Raymond J Szmanda; Realawtry; Red Pine Camp Foundation; Resilient Tech; Rhinelander Property LLC; Rib Mountain Comm |
| Tropical Gardens; Trustr Coatings; Tuchscherer Eckert: Twilight Limo |
| Lang Well Drilling Co; Lapaul Furs; LaPorte Family Turst; Larry Meyer Construction; Laufenberg Law Offices; Laundries Inc; Lawrence& Kathy Riordan; Lawson Law Office; Leck Construcition INc; Leon Oselka DDS; Lloyd Turcking INC |
| Computer Network Information- hard copies |
| John Ohrmundt Construction John Ohrmundt Wausau; K&M Electric of Schofield; Karoblis&Petersen; Kinsman Development Co; Kinghtsbridge; L&S Printing of Central; L Jay Inc; Lankeland Land Co; Lakeside Dock and Lift; |
| Greenwood Hills Inc; Group concepts Inc; Hi-Tech Finishes; Houghton Wood Products INc; HPI Properties LLC; Madison Mallards; Mallery and Zimmerman |
| Mechanical Inc; Metro MObility; Midwest Comm; MOntgomery Plant Post #10; Northway Comm; |
| Handi Van of Tomawauk; Inner Piece LLC; Inshalla Country Club; Integrity Fie Protection; Interim Home Healthcare; Irma Northwoods; Ironwood Medical; Island City Dray |
| Helke Furniture Co; Heritage Acres Inc; HIlgys LP Gas |
| Aspirus Ins; Clinics; Community Health Care 2001-Current; Aspirus 2008-2009 |
| Land Art Inc; Land O Lakes Vending; Lang Well Drilling; LaPaul Furs; La Porte Family Trust |
| Madison Mallards; Malbrit Mechanical; Mraz Vending; Mylrea Condo; Neurosurgical Clinic; Nicolet Hardwoods Corp; Northern Wisconsin Resource; Petersen Co; Pine River Hardwoods; Pine Valley Golf Course; Packer Mini Storage;Northern WI Resource; Northern Chi |
| River Valley Bank |
| The Boiler Group; The Leigh Yawkey Woodson |
| Northwoods Fam Orthopaedic; Northwestern WI; Piper Products Inc; Plum Lake Golf Club; Point O Pines; Popovs inc; Preision |
| River Valley Bank |
| Riiser Oil |
| Remington Oil Co; Rib Mountain Golf; Rillings; River Valley Air; |
| Wausau Performing Art; John Ohrmundt; Montgomery Plant Post #10; Mosinee Auto Recyclers; Mrza Vending; mylrea Condominium Ass; myre Electric; Neurosurgical Clinic; Packer Mini Storage; Northwestern WI Assoc; |
| River Valley Bank |
| Auto Lease Info |
| Mechanical Inc; Metro MObility; Michael J Benda |
| River Valley Bank |
| River View Construction |

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File # 29O-MW-46442

| |
|---|
| Ruder Ware |
| Old assessts and leases |
| Check detail/ Assets and leases |
| River View Construction |
| RME; Robert Zitowski; Robert Payne Photograpy; Rocky Mountian; Rocky Run Construction; Roland R Hodge Excavating; |
| Scott & Julie Weldon; SW TruckingNo Central Oncology Ass; Norrok Aggregate Inc; NOrth Central WI; Lloyd Trucking |
| Larry Baker; Nicolet Hardwoods Corp; |
| North American propeller; North Central Data Systems; Northeast Iowa Community; NOthern Advertising; Northern Chief Iron Co; Northern Outfitters; Northern WI Resources; Northway Communications |
| Benefits Folder |
| Midwest Comm;Red Pine Camp Foundation; River Valley Bank |
| Camp Nicolet Inc; Bennett Hardwoods INc; J Bauer Inc; Allied Health of WI; Walt's Petroleum; WD LLC; Trapp Brothers Inc. River View Construction, River Valley Bank |
| Richard Dudley; William & Janice Northcott; William D Northcott; |
| Personel; Sara W. Conor; San W. & Joanne Orr; Margaret Weinkauf; Marvin Hahn; Mary Staples; Mary Daniels; |
| Personal: William M. Reif; William D. & Nancy D. Siebecker; Tom & Barbara Lattimer; Tim & Margaret Opper; Stephen Spire; Stephen & Brenda Herman; Scott and MaryKay Streich; Ralph Sanders; DBA Sanders Auto |
| Larry Meyer Construction; Laufenberg Law; Law Offices of Christine Bremmer; Lawson Law Office; Lawrence & Kathy Riordan; Leck Construction; Leon Oselka; |
| Raymond Mosko; Shane & Ginny Vanderwall; Dr. Paul T. Shore; Nancy Orr; Neil Halleen; Richard & Diane Buechel; Greg & Mary Stacker; Susan & Jim Stacker; Dr. Jack and Deloris Stacker; Raymond J. Szmanda |
| Steven C Spire; Packer Mini Storage; Palubicki Electric LLC; Paul T. Shore DDS; Peitz Vanderwall, Stacker; Pine River Hardwoods LLC; O'Malley;s Olds; Pine Valley Golf Course; North Woods League Inc |
| Malbrit Mechanical; Mara tech Intl; Marathon Savings Bank |
| Marathon Co Historical Society; Marathon area Swim Assoc; North cental Data systems; Marathon Savings Bank; Norrok Aggrate Inc; Nordstrom Rental Properties:; North Woods league Inc; Northwoods Family Ortho; McLeod Law Office; Northwestern WI Assoc; |
| Northway Air LLC; Wynn O'Jones and Assoc; Midwest Comm Inc; Jarp Indus Inc; J W Perry Inc; Integirity fire protection; Hilgy's LP Gas Inc; DanRick Builders Inc; Central Beer Dist; |
| Wausau Steel Corp; Wausau Tile Comp |
| Sedlak Chev/Buick; St. Clairs Men's wear; St. Germain Sport Marine LLC |
| A1 Medi-mobile; Abby vans; Advance barrier extrusions; Alderson Acres LLC; Alexander Properties Inc; Anderson Enginering; |

FD-597 (Rev 8-11-94)

Page 6 of 8

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File # 29O-MW-46442

| |
|---|
| 20 Friends Documents and Tim Mathwich emails and docs |
| MIdwest Comm; Mike Krueger Plumbing; Minocqua Country Club |
| Old Assets and Leases |
| Back When Cafe; Becher Hoppe Assoc; Bennett Crone; Bennett Hardwoods; Blood Center of North Central Wisconsin |
| San W. and Joanne Orr; Sandberg Auto Repair; Sara W. Connor; Scenic Signs and Screen Print; Schmidt and Schmidt; scotts and Ringle Enterprises; Scott Williams Appraisial; Shepherd and Schaller Sporting Goods; St. Clairs Menswear; |
| Midwest communciation |
| Clarence Miklas; Clartech; Claude Bourguignon; Coaches Sports; Comfort Carriers; Community Foundation; Crooks - low-connell; C-tech; |
| Ear Nose and Throat; Easy Living Management; Eau Claire BaseBall; Eiden Custom Cabineitry; Elder beverage; Evoloution in Design; Family Partners |
| Doescher Electric; Don Scharf Automotive; Donald F Prehn; Doug & Dixie Weinkauf; Dr. Peter Koh, Dr Fred Prehn; Draeger Chriop; Drengler Law Firm; Dudley Tower Management; Eagle Fuel Cells; Eagle Sports; |
| Central Beer |
| Johnson Prop; Freeman Family Pract; Northway Comm; Integrity Fire; Danrick Builders; Wausau Area Hmong; Montgomery Plant #10; Inshalla Country Club; Wausau Area Performing Arts; John&Ann Ohrmondt; Scotts Enterprises Ringle; Scott and Marsha's Enterprises; |
| Computer images from 1 Dell Power Edge 2950 Serial # 7B837D1 |
| Computer images from 1 Dell Optiplex Serial # JNP78F1 |
| Central WI Anesthesiology; Central WI Engineers; Central WI OBGYN |
| Flooring Spectrum; Frank And Vivian Ory; DJ/MC Freeman Revokable Trust; Freeman Family Partnership; G &B Produce; Gaffney Construction LLC; Gastrointestinal Assoc; GB Bending Services; Marathon Area Swim; Marathon County Historical Society; Marlenga's Glass On Wheels; Marti June Properties; Marvin Hahn; McLloyd Law Offices; Metro Fire Protection; Meyers Marine |
| Documents Lisa Mueller found in office, old agings, trial balances, a/r Recons |
| Walt's Petro Service |
| Bridge St Company; Bridging Gap Child Care; Brokaw Corn Drying; Bull Shooters Saloon; Bumper to bumper; Brutchs Auto Repair; Camp 5 museum |
| bone and joint clinic; Booth Creek mgt; Bosacli's rentals; |
| Aspirius Network Documents |
| Trapp Brothers |
| Scotts Enterprise Ringle; Easy LIving Mgt; Scott and Marcia's Enterprise; DanRick Builders; Wausau Area Hmong |
| Wausau Medical |
| Aspirius Clinics Inc. 2008-2009 |

UNITED STATES DEPARTMENT OF JUSTICE FEDERAL
BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File # 29O-MW-46442

J Bauer Trucking;

Aqua Finance; Bennett Hardwoods; Bosacli's Rentals; Bennett Crone LLC; Camp Nicholett INc; Doctor's Park; Eye Clinic of WI; Kocourek Chev Inc; Red Pine Camp Foundation; Ruder ware LLSC; John E Forester; John Ohreundt Const; John Ohreundt Wausau LLP; John V Flannery Jr; Johnson Properties; K &N Electric; Kevin Wolf; Kinsman Development; Knightsbridge; Kinsman Development

Eye Clinic of WI

Binders: Marathon County Historical; Hilgy's LP Gas Inc; Trapp Bro Inc 1; Trapp Brothers Inc 2; Year end accounts Dawn Buchkowski; River View Construction; River Valley Bank;

Central WI Recycling; Central WI Wireless; Chanticleer ; Cheryl"s Framing; Christian Family Practice; C.M. Christianson; Christian Hour; City Delivery Services

Kocourek Chev; Kocourek Ford; Kocourek Wausau Imports; Kolbe and Kolbe; Kralls masonry contractors;

J Bauer Trucking; Aspirus; Wipfli LLP; Truster Coatings; Red Pine Camp Foundation

Nicolet Hardwoods Corp; Kocourek Chev; Eye Clinic of WI; Ear Nose and Throat Assoc; Cardo of Northern WI; Camp Nicholet Inc;

James Kraimer Contractor; James Greer; Jarp Indus; J & P Consult; G W Perry; James E and Sharron A Low; James Gierl;

Industrial Services & Machi

WI Land Grading; Heritage Acers; Yach's Body and Custom; LaPaul Furs; K & M Elect; Gaffney Const; Streich Equipt; Dave's Equipt; G &B Produce; G B Vending; Becher Hoppe Assoc; Helke Furn; Campfire Museum; Marti June Prop; Marlenga's Glass on Wheels;

Camp Manito-Wish; Camp Nicolot; Cardovas Assoc;

Production Reports

Production Reports

Aspirus Inc

Aspirus Inc

Bennett Hardwoods LLC; J Bauer Trucking; Aqua Finance; Allied Health of WI; Kocourek Chev

Credit Card GMAC and Misc

W D LLC; YWCA Of Wausau: WIPFLI LLP; Kocourek Chev; Aqua Finance; Doctor's Park; Nicolet Hardwoods; Ruder wear LLSC: Aspirus Inc;

Misc Files:

Aspirus Inc;

J N Manson Financial Statements

Nicolett Hardwoods Corp: Aqua FInance; Aspirus; Eye Clinic of WI; Bone and Joint Clinic; Ear nose and Throat; Kocourek; Wausau Steel; Centeral WI Anestetsiology; Urology Speicialists of WI

Bennett Hardwoods; Scandinavian Log and timber; J Bauer Trucking; Trapp Bro; Midwest Comm; Walt's Petro; RVP Top Hat; Manson Insurance Financial Process and reports binder

3 thumb drives

FD-597 (Rev 8-11-94)

Page 8 of 8

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File # 29O-MW-46442

Cardio Assoc; Aspirus; Pine River Hardwood; Red Pine Camp Foundation; YWCA of Wausau; Camp Nicolett Inc; Bone and Joint Clinic; Yachs Body and custom Inc; J Bauer Trucking; Northwoods Family Orthope; Ear nose and throat; Eye Clinic of WI; Central WI Anest

Received By   TED T. BANHOLZER
(signature)   _Ted T Bdy_

Received From   Matthew P Zielsky
(signature)   _Matthew P Zielsky_